Jose Gill (028518)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8836
866-317-2674 facsimile
jgill@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Jordan, | Case No. 2:15-cv-01288-SPL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Drive Now, Inc. dba Auto Action, and Auto Now Financial Services, Inc. | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction. Plaintiff hereby respectfully requests that this Court allow ninety (90) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next ninety (90) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated December 28, 2015.         Respectfully submitted,

                                              s/ Jose Gill
                                              Jose Gill (028518)
                                              Thompson Consumer Law Group, PLLC
                                              5235 E. Southern Ave., D106-618
                                              Mesa, AZ 85206
                                              602-388-8836
                                              866-317-2674 facsimile

jgill@consumerlawinfo.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 28, 2015, Plaintiff's Notice of Settlement was filed with the Clerk of the U.S. District Court for the District of Arizona using the CM/ECF system which will send notification of the same to all counsel of record as follows:

Garrett J. Olexa
Jennings, Strouss & Salmon, PLC
16150 North Arrowhead Fountains Center Drive
Suite 250
Peoria AZ 85382-4754
golexa@jsslaw.com

<u>s/ Christopher Bruner</u>
Christopher Bruner