IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Jordan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Drive Now, Inc., et al.,<br><br>　　　　　Defendants. | No.  CV-15-01288-PHX-SPL<br><br>**ORDER** |

　　　The Court has been advised that the parties have reached a settlement in this case. (Doc. 19.) Accordingly,

　　　**IT IS ORDERED** that this matter will be dismissed *with prejudice* on **February 11, 2016**, unless a request to reset this matter on the Court's calendar or a stipulation to dismiss is filed prior to the dismissal date.

　　　Dated this 29th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge