Jose Gill (028518)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8836
866-317-2674 facsimile
jgill@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sarah Jordan, | ) | Case No. 2:15-cv-01288-SPL |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Drive Now, Inc. dba Auto Action, and Auto Now Financial Services, Inc.**,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree pursuant to the terms of their settlement agreement that the aforesaid action be dismissed with prejudice, each party to bear their own fees and costs.

Dated February 11, 2016.

| | |
|---|---|
| s/ Jose Gill | s/Garrett J. Olexa |
| Jose Gill (028518) | Garrett J. Olexa (016685) |
| Thompson Consumer Law Group, PLLC | Jennings, Strouss & Salmon, PLC |
| 5235 E. Southern Ave., D106-618 | 16150 North Arrowhead Fountains Center Drive |
| Mesa, AZ 85206 | Suite 250 |
| Telephone: 602-388-8836 | Peoria AZ 85382-4754 |
| Facsimile: 866-317-2674 | Telephone: (602) 262-5863 |
| jgill@consumerlawinfo.com | Facsimile: (602) 495-2683 |
| Attorney for Plaintiff | golexa@jsslaw.com |
| | Attorney for Defendants |

1  Filed electronically on February 11, 2016, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system on February 11, 2016 to:

5  Garrett J. Olexa
   Jennings, Strouss & Salmon, PLC
6  16150 North Arrowhead Fountains Center Drive, Suite 250
   Peoria AZ 85382-4754
7  golexa@jsslaw.com

8

9  s/Tremain Davis
   Tremain Davis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28